IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00411-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JANNE MAURICE HAND; and
2.     **DARRON CELESTINE**,

    Defendants.

## ORDER SETTING CHANGE OF PLEA HEARING

Pursuant to telephone conversations with government counsel and defense counsel for Defendant Darron Celestine, a Change of Plea hearing as to Defendant Celestine is hereby set for **Monday, February 12, 2007 at 9:30 a.m.** Counsel shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on February 8, 2007**. <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>. The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED: December 15, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge