IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00411-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JANNE MAURICE HAND; and
**2.**     **DARRON CELESTINE**,

      Defendants.

---

## ORDER RESETTING CHANGE OF PLEA HEARING

---

      The Court having reviewed the Government's Unopposed Motion to Reschedule Change of Plea Hearing (Dkt. # 56), it is hereby

      ORDERED that the change of plea hearing set on behalf of Defendant Darron Celestine for February 12, 2007 at 9:30 a.m. is RESCHEDULED to **Thursday, February 22, at 1:30 p.m.**

      DATED: February 7, 2007

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge