IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00411-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JANNE MAURICE HAND; and
**2.    DARRON CELESTINE**,

    Defendants.

---

**ORDER RESETTING TIME OF CHANGE OF PLEA HEARING**

---

This matter is before the Court *sua sponte*. The change of plea hearing on behalf of Defendant Darron Celestine currently set for February 22, 2007 at 1:30 p.m. is RESET to February 22, 2007 **at 2:30 p.m.**

    DATED:  February 21, 2007

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge