UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00411-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JANNE MAURICE HAND,
2. **DARRON CELESTINE,**

        Defendants.

## ORDER RESETTING SENTENCING

THIS MATTER comes before the Court *sua sponte*. Due to a scheduling conflict,

**IT IS ORDERED** that the sentencing currently set for Defendant Darron Celestine for **June 4, 2007 is VACATED** and reset to **June 7, 2007 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Any objections to resetting must be filed within 10 days, any response to the objection must be filed within 3 days.

Dated this 9th day of April, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge